**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Case No. 1:08cr62 (GBL)** |
| | ) | |
| **GONS GUTIERREZ NACHMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR PRE-TRIAL PRODUCTION OF**
**JENCK'S ACT MATERIAL (18 U.S.C. §3500)**

NOW COMES Defendant, by and through his undersigned counsel, and hereby requests

this Honorable Court enter an Order directing the government to produce all Jenck's Act

materials regarding non-testifying witnesses.  (*See United States v. Klauber*, 611 F.2d 512, 515

(4th Cir. 1979).)

Wherefore, Defendant hereby requests this Honorable Court enter an Order directing the

government to produce four (4) weeks before trial all written statements or a complete and

accurate summary of any oral statement of any individual the government has interviewed but

will not call as a witness at trial in this matter.  Defendant requests that this Court enter a further

Order directing the government to adhere to its continuing obligation to tender such materials

upon receipt.

Respectfully submitted,

GONS GUTIERREZ NACHMAN

By: _____/s/_____
Stephen J. Stine, Esq.
Virginia Bar No. 66738
Counsel for Gons Gutierrez Nachman
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria VA 22314
Tel. (703) 684-4333
Fax (703) 548-3181
sstine@dimuro.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ron Walutes, Esq.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria VA 22314

_____/s/_____
Stephen J. Stine, Esq.
Virginia Bar No. 66738
Counsel for Gons Gutierrez Nachman
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria VA 22314
Tel. (703) 684-4333
Fax (703) 548-3181
sstine@dimuro.com

2