FILED: May 5, 2011

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 10-6942
(1:08-cr-00062-GBL-1)
(1:09-cv-00955-GBL)

MAY - 2011

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

GONS GUTIERREZ NACHMAN

Defendant - Appellant

### JUDGMENT

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK